**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H.J.G.G., | No. 1:25-cv-01718 JLT EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PRELIMINARY INJUNCTION, DIRECTING RESPONDENT TO IMMEDIATELY RELEASE PETITIONER |
| v. | |
| MINGA WOFFORD, et al., | |
| Respondents. | (Docs. 2, 12) |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 30, 2025, the magistrate judge issued findings and recommendations recommending that the motion for preliminary injunction be granted and Respondents be directed to immediately release Petitioner from custody. (Doc. 12.) On January 13, 2026, Respondents filed timely objections. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

  1. The findings and recommendations issued on December 30, 2025 (Doc. 12) are

1

1       **ADOPTED IN FULL**.

2. The motion for preliminary injunction (Doc. 2) is **GRANTED**.

3. Respondent is directed to **IMMEDIATELY RELEASE** Petitioner on the conditions of his prior release from custody until DHS proves to a neutral adjudicator by clear and convincing evidence that re-detention is necessary to prevent danger to the community or flight.

4. Respondents are **ENJOINED AND RESTRAINED** from re-detaining Petitioner absent compliance with constitutional protections, which include at a minimum, predeprivation notice of at least seven days before a predeprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that he is likely to flee or pose a danger to the community if not arrested.[1]

5. The matter is referred to the assigned magistrate judge for consideration of the merits of the petition.

6. It appears that the Parties have agreed to submit the matter on the merits on the existing briefs. (*See* Doc. 10 at 2; Doc. 11 at 15.) Should any party wish to supplement their briefs, they shall notify the Court within five days of the date of this order and shall propose a briefing schedule. If no such notice is received, the Court will address the merits in a separate order.

IT IS SO ORDERED.

   Dated:   **February 5, 2026**

                                                                                        UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, SHALL be provided within seven days of the arrest.