# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.J.G.G.,<br><br>                Petitioner,<br><br>v.<br><br>MINGA WOFFORD, et al.,<br><br>                Respondents. | Case No. 1:25-cv-01718-JLT-EPG (HC)<br><br>ORDER WITHDRAWING THE REFERENCE OF THE MATTER TO THE MAGISTRATE JUDGE AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 1) |

On December 3, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (Docs. 1, 2.) The Court converted the motion for TRO to a motion for preliminary injunction and referred the matter to the assigned magistrate judge. (Doc. 6.) On December 30, 2025, the magistrate judge issued findings and recommendations to grant a preliminary injunction and order Petitioner's immediate release. (Doc. 12.) On February 6, 2026, the Court adopted the findings and recommendations, granted a preliminary injunction, and directed Respondents to immediately release Petitioner. (Doc. 14.)

The parties appeared to agree to submit the matter on the merits on the existing briefs, (Doc. 10 at 2; Doc. 11 at 15.) The Court ordered the parties to notify the Court should they wish to supplement their briefs, and referred the matter to the assigned magistrate judge for consideration of the merits. However, given that the parties have not supplemented their briefs, the undersigned hereby withdraws that reference in the interest of justice and to promote judicial

and party efficiency.

For the reasons set forth in the Court's order granting preliminary injunction, (Doc. 14), the Court ORDERS that:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

2. Respondents are **PERMANENTLY ENJOINED[1] AND RESTRAINED** from re-detaining Petitioner unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    July 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here **SHALL** be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's **SHALL** provide a bond hearing in the timeframe required by law.

2